# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING & FINAL REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | |
| v. | Before: The Hon. Paul A. Magnuson |
| | Case No: 24-CR-331 (PAM) |
| JERMAINE MARQUIZE WILLIAMS, | 19-CR-162 (PAM/HB) |
| | Date: May 27, 2025 |
| Defendant. | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 7D |
| | Time Commenced: 11:15 am |
| | Time Concluded: 12:00 pm |
| | Time in Court: 45 minutes |

**APPEARANCES**:

   For Plaintiff:     Benjamin Bejar, USAO

   For Defendant:   Frederick J. Goetz, CJA

**PROCEEDINGS:**

   X  Sentencing

   X  Revocation of Supervised Release – Final Hearing
       X  Defendant admitted to violating all conditions of supervised release

**IT IS ORDERED**:

*In 24-CR-331 Defendant is sentenced to:*

| Count No. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | Seventy-seven (77) months | Three (3) years |

   X  Defendant sentenced to pay:
       X  Special Assessment in the amount of $100.00.
   X  See J&C for Special Conditions.
   X  Written opinion forthcoming.
   X  Sealed Matters: Sentencing documents are sealed indefinitely.

*In 19-CR-162 Defendant is sentenced to*:

   X  BOP for six (6) months with no supervision to follow. Said term to run consecutively with term imposed in 24-CR-331.
   X  Defendant remanded to the custody of the U.S. Marshal.

 

*s/Nikki Scherek*
Courtroom Deputy to
Dated: May 27, 2025                                                    The Hon. Paul A. Magnuson